UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 3, 2015

No. <u>12-3343</u>

MINIKAN WRETH JOHNSON,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
Respondent

(Agency No. 079-925-413)

Present: HARDIMAN, SCIRICA and ROTH, <u>Circuit Judges</u>

1. Motion by Respondent to Clarify or Amend Decision of December 17, 2014.
2. Response in Opposition by Petitioner to Motion to Clarify or Amend Decision of December 17, 2014.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motion to clarify or amend the decision of December 17, 2014 is granted. Upon further review, the Court will issue an amended opinion. The amended opinion does not affect the entry of judgment.

By the Court,

<u>s/Anthony J. Scirica</u>
Circuit Judge

Dated: June 16, 2015
tmm/cc: Herbert C. Shelley, Esq.
Jessica L. Urban, Esq.
Jeffrey Bernstein, Esq.
Margaret A. O'Donnell, Esq.
Ann C. Varnon, Esq.